**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| Shawn Franklin Reid, Plaintiff -vs- Centurion, et al., Defendants. | CV-20-1893-PHX-JAT (JFM) **Order** |

On August 7, 2023, District Judge Teilborg ruled on the remaining dispositive motion, and referred this matter for a settlement conference. (Order 8/7/23, Doc. 125.) With the exception of the final Pretrial Motions deadline, the preliminary schedule in this matter is exhausted. The Court will set a date certain for remaining pretrial motions.

**IT IS THEREFORE ORDERED** the parties have through **September 5, 2023** to file all other pretrial motions. This excludes: (1) motions related to the conduct of trial, *e.g.* motions in limine, motions for trial subpoenas, motions for trial counsel, etc. which are properly directed to the district judge who will try the case upon withdrawal of the reference of the case to the magistrate judge; and (2) motions related to the conduct of the settlement conference, which are properly directed to the magistrate judge assigned to the settlement conference.

Dated: August 8, 2023

20-1893o Order 23 08 08 re Final PTM DL.docx

James F. Metcalf
United States Magistrate Judge

- 1 -