**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Franklin Reid,<br><br>        Plaintiff,<br><br>v.<br><br>Karen Barcklay, Carrie Smalley, Corizon LLC, Elijah Jordan, and Clarisse Ngueha-Nana,<br><br>        Defendants. | No. CV-20-01893-PHX-JAT<br><br>**ORDER** |

    The Court has reviewed the parties' Proposed Final Pretrial Order ("PFPTO"), (Doc. 153-1), and has identified the following deficiencies:

1. Plaintiff has failed to list any of his contentions in the "Contested Issues of Fact and Law" section of the PFPTO. (Doc. 153-1 at 8–9). Plaintiff should note that the final pretrial order supersedes the complaint and answer. *See e.g. Duhn Oil Tool, Inc. v. Cooper Cameron Corp.*, 818 F. Supp. 2d 1193, 1207 (E.D. Cal. 2011), on reconsideration in part, No. 05-CV-1411-MLH (GSA), 2012 WL 13040409 (E.D. Cal. May 7, 2012) ("A final pretrial order supersedes all prior pleadings and controls the subsequent course and scope of the action. *E.g.*, *Rockwell Int'l Corp. v. United States*, 549 U.S. 457, 475 (2007) (quoting Fed. Rule Civ. Proc. 16(e)). Claims, issues, defenses, or theories of damages not included in the pretrial order are waived even if they appeared in the complaint, and conversely, the inclusion of a claim in the pretrial order is deemed to amend any previous pleadings which did not include that claim. *Id.* (citation omitted).")

2. Plaintiff has also not identified in the "List of Witnesses" section which witnesses who "may be called at trial" or are "unlikely to be called at trial" as required by the Court's Order Setting Final Pretrial Conference and Trial. (Doc. 148 at 16–17).

The parties will submit a revised PFPTO curing the listed deficiencies within fourteen (14) days of this Order. If none, Plaintiff should add the headings, but state "none." The parties should not submit a supplement to the existing PFPTO but must submit a new PFPTO entirely. Failure to comply with a court order may result in sanctions. *See* Fed. R. Civ. Proc. 41(b).

Based on the foregoing,

**IT IS ORDERED** the parties shall submit a new joint proposed final pretrial order within fourteen (14) days of the date of this Order that cures the above-identified deficiencies.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **STRIKE** the Proposed Final Pretrial Order and Attachment (Docs. 153, 153-1).

Dated this 21st day of February, 2024.

James A. Teilborg
Senior United States District Judge