**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Franklin Reid,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Karen Barcklay, et al.,<br><br>　　　　　Defendants. | No. CV-20-01893-PHX-JAT<br><br>**ORDER** |

　　　　Plaintiff filed a Motion to Extend Expert Disclosure, (Doc. 162), and a Motion to Accelerate Final Pretrial Conference ("FPTC"), (Doc. 163). The Court now rules on the motions.

　　　　First—addressing Plaintiff's Motion to Extend Expert Disclosure—it is not clear to the Court what Plaintiff means by "disclosure was not provided to undersigned counsel until January 31, 2024." (Doc. 162 at 1). The Court cannot determine if this was a lack of diligence by Plaintiff's counsel to obtain the discovery disclosed after the substitution of counsel on October 30, 2023, or if there was some obstruction by Defendant. The parties are hereby ordered to specifically address this provision of disclosure to Plaintiff in the Response to Plaintiff's Motion to Extend Expert Disclosure and any Reply Plaintiff may want to file. Considering trial for this case is just over a month away, the briefing schedule on this matter is accelerated. Defendant will have until Tuesday, March 12, 2024, to respond to Plaintiff's Motion (Doc. 162). Plaintiff will have until 12:00pm on Friday, March 15, 2024, to file a reply.

Second—addressing the Motion to Accelerate Final Pretrial Conference—the Court denies this Motion without prejudice. Plaintiff's counsel is ordered to inform the Court of the status of his Arizona Superior Court trial by 12:00pm, Thursday, March 28, 2024, and whether he still has a conflict with the FPTC at that time.

Accordingly,

**IT IS ORDERED** that Defendant will respond to Plaintiff's Motion to Extend Expert Disclosure, (Doc. 162), by Tuesday, March 12, 2024. Plaintiff will have until 12:00pm on Friday, March 15, 2024, to file a reply. The Response and Reply will address the issues set forth in this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Accelerate Final Pretrial Conference (Doc. 163) is **DENIED WITHOUT PREJUDICE**.

Dated this 8th day of March, 2024.

James A. Teilborg
Senior United States District Judge